**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 18-20858-CIV-LENARD/REID
(Criminal Case No. 15-20529-Cr-Lenard)

**BERWIN MARIUS,**

    Movant,

**v.**

**UNITED STATES OF AMERICA,**

    Respondent.
_____/

### ORDER ADOPTING REPORT OF THE MAGISTRATE JUDGE (D.E. 9), DENYING MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE (D.E. 1), DENYING CERTIFICATE OF APPEALABILITY, AND CLOSING CASE

**THIS CAUSE** is before the Court on the Report of Magistrate Judge Lisette M. Reid issued August 26, 2020, ("Report," D.E. 9), recommending that the Court deny Movant Berwin Marius's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence, ("Motion," D.E. 1).  Specifically, Judge Reid found that based on Movant's sworn, in-court statements during the Change of Plea hearing, Movant cannot establish that counsel was ineffective.  (Report at 11-14.)  The Report provides the Parties with fourteen (14) days to file objections.  (Id. at 16.)  As of the date of this Order, no objections have been filed.  Failure to file objections shall bar parties from attacking on appeal the factual findings contained in the report.  See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).  Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report and Recommendation of the Magistrate Judge (D.E. 9) issued on August 26, 2020, is **ADOPTED**;

2. Movant Berwin Marius's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (D.E. 1) is **DENIED**;

3. A certificate of appealability **SHALL NOT ISSUE**;

4. All pending motions are **DENIED AS MOOT**; and

5. This case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 23rd day of October, 2020.

**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**